IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY ROBINSON,

        Plaintiff,                      CV F 05 0104 AWI  WMW  P

   vs.                                     ORDER

DEPT. OF CORRECTIONS,  et al.,

        Defendants.

       On October 27, 2005, findings and recommendations were entered, recommending dismissal of this action for failure to prosecute.  The findings and recommendations were issued with an incorrect case name and number.

        Accordingly, IT IS HEREBY ORDERED that the October 27, 2005, findings and recommendations are vacated.

IT IS SO ORDERED.

**Dated:**   **December 8, 2005**              **/s/  William M. Wunderlich**
mmkd34                                      UNITED STATES MAGISTRATE JUDGE

1